LAW OFFICES OF ODION L. OKOJIE
Odion L. Okojie, SBN: 164931
880 West First Street, Suite 313
Los Angeles, CA 90012
Telephone: (213) 626-4100
Telefax: (213) 626-6900
Email: Okojielaw@aol.com

DAVID IYALOMHE & ASSOCIATES
DAVID IYALOMHE, SBN: 222396
880 West First Street, Suite 313
Los Angeles, CA 90012
Telephone: (213) 626-4100
Telefax: (213) 626-6900
Email: david@doialaw.com

Attorneys for Plaintiffs: JULIA WORTH STURM, SANDRA STURM, HOPE MAGEE, PAULYISHA SHAW, CHARLES SHAW, MARLENE MICHELE MOORE, ALFONZIA JASON MOORE, PAUL PERSON, MARLENE MOORE, MICHELE PERSON, and ALMALIA OCON, individuals

Thomas H. Citron, Esq., SBN: 182142
Katherine A. Tatikian, Esq., SBN: 142665
**CITRON & CITRON**
3420 Ocean Park Boulevard, Suite 3030
Santa Monica, CA 90405
Telephone: (310) 450-6695
Facsimile: (310) 450-3851
Email: thomas.citron@citronlaw.com; katherine.tatikian@citronlaw.com

Attorneys for Defendants: DAVLYN INVESTMENTS, INC. and DLGP AVENTINE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA WORTH STURM, an individual;<br>SANDRA STURM, an individual;<br>HOPE MAGEE, an individual;<br>PAULYISHA SHAW, an individual;<br>CHARLES SHAW, an individual;<br>MARLENE MICHELE MOORE, an individual;<br>ALFONZIA JASON MOORE, an individual;<br>PAUL PERSON, an individual;<br>MARLENE MOORE, an individual;<br>MICHELE PERSON, an individual;<br>and ALMALIA OCON, an individual;<br><br>PLAINTIFFS, | CASE NO: CV12-7305-DMG-(AGRx)<br><br>JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION |

Joint Notice of Settlement of Entire Action                                                            1

| | |
|---|---|
| vs.<br>DAVLYN INVESTMENTS, INC, a California Corporation; DLGP AVENTINE, LLC, a California Limited Liability Company; and others to be joined under Rules 19 of the Federal Rules of Civil Procedure<br><br>DEFENDANTS. | **Jury Trial**: February 25, 2014 |

**TO THE COURT AND THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

 Plaintiffs, Julia Worth Sturm, Sandra Sturm, Hope Magee, Paulyisha Shaw, Jacorey Shaw, Charles Shaw, Marlene Michele Moore, Alfonzia Jason Moore, Paul Person, Marlene Moore, Michele Person, and Almalia Ocon ("Plaintiffs"), in the herein above referenced action, have agreed in principle to settle this action as against Defendants Davlyn Investments, Inc., ("DAVLYN") and DLGP Aventine, LLC ("DLGP") (collectively called "Defendants").

 The settling parties are to execute a formal, mutually agreed upon written settlement agreement to memorialize the terms and conditions of the agreement, with each party to bear its own costs and attorneys' fees.

 Following execution of the agreement, the parties will stipulate to dismiss this action pursuant to the Federal Rules of Civil Procedure Rule 41, with the court retaining jurisdiction to enforce the terms and conditions of the parties' written agreement.

 The parties anticipate filing a stipulation and order for dismissal within 45 days of the filing of this notice of settlement.

IT IS SO STIPULATED.

Dated: February 20, 2014

LAW OFFICES OF ODION OKOJIE

_____
Odion Okojie, co-counsel to
Plaintiffs, Julia Worth Sturm, et al.

Dated: February 20, 2014

DAVID IYALOMHE & ASSOCIATES

_____
David Iyalomhe, co-counsel to
Plaintiffs, Julia Worth Sturm, et al.

Dated: February 20, 2014

CITRON & CITRON

_____
Thomas Citron/Katherine Tatikian,
Counsel to Defendants Davlyn,
Investments Inc, et al.